# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**JOE B. BUTLER, JR.,**　　　　　　　　　　　　　　　　　　　　**Petitioner**
**Reg. #14225-076**

**VS.**　　　　　　　　　**CASE NO. 2:08cv000157 SWW-JWC**

**T.C. OUTLAW, Warden,**　　　　　　　　　　　　　　　　　　　**Respondent**
**FCI, Forrest City, AR**

## ORDER

Before the Court is petitioner's motion for leave to proceed *in forma pauperis* on appeal [doc.#22]. Having considered petitioner's application to proceed without prepayment of fees, along with his affidavit, the Court finds that petitioner's motion for leave to proceed *in forma pauperis* on appeal should be and hereby is granted.

IT IS SO ORDERED this 2nd day of April 2009.

　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE