IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| JENNIFER KOEHLER | * |
| Plaintiff | * |
| VS. | * |
|  | *   NO: 4:08CV00281   SWW |
| CITY OF MAUMELLE, ARKANSAS and MIKE WILSON, individually and in his official capacity as a lieutenant with the Maumelle Dept. of Public Safety | * |
| Defendants | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE